IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>    Plaintiff<br><br>    v.<br><br>**[6] GLADYS TORRES-SANTIAGO ,**<br>    **Defendant.** | **Criminal No. 08-162 (ADC)** |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Before the Court is an unopposed Report and Recommendation issued by Magistrate-Judge Camille Vélez-Rivé on September 12, 2008. (**Docket No. 124**). In said Report and Recommendation the Magistrate-Judge recommends that: defendant **Gladys Torres-Santiago** be adjudged guilty of the offenses charged in Count I of the Indictment (T. 18, U.S.C. Section 666(a)(1)(A)(i)(ii) and 371) inasmuch as, her plea of guilty was intelligently, knowingly and voluntarily entered.

Neither party has filed objections to the Magistrate-Judge's Report and Recommendation within the time frame provided by the Federal Rules of Criminal Procedure and this Court's Local Rules.  See Fed. R. Crim. P. 11; 28 U.S.C. § 636(b)(1)(B); D.P.R. Local Crim. R. 147(b).

Criminal No. 08-162 (ADC)                                                                                              Page -2-

After reviewing the record, the Court agrees with the arguments, factual and legal conclusions within the Report and Recommendation. Therefore, the Court hereby **APPROVES** and **ADOPTS** the Magistrate-Judge's Report and Recommendation in its entirety.

Accordingly, a judgment of conviction is to be entered as to Count I of the Indictment in the above-captioned case.

**The sentencing hearing is set for December 1, 2008 at 2:30 p.m.**

**IT IS SO ORDERED.**

At San Juan, Puerto Rico, this 17th day of October, 2008.

S/**AIDA M. DELGADO-COLON**
**United States District Judge**